**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DAVID SCHIED,

        Plaintiff,                         CASE NO. 08-CV-10005

-vs-                                   PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

THOMAS A. DAVIS, Jr., et al.,

        Defendants.
_____/

## ORDER DENYING DEFENDANTS' MOTIONS FOR SANCTIONS

Before the Court are motions for sanctions pursuant to Fed. R. Civ. P. 11 and 28 U.S.C. §

1927 filed by Defendants Rezmierski, Harris, and Williams ("Defendants"). (Doc. Nos. 10 &

27). In its July 1, 2008 summary judgment Order, the Court held these motions in abeyance. *See*

*Schied v. Davis*, No. 08-10005, 2008 WL 2610229, *9 (E.D. Mich. July 1, 2008) (unpublished)

(Doc. No. 46). Defendants essentially argue that the Court should impose sanctions on Plaintiff

David Schied and his counsel for filing a federal lawsuit that was barred by res judicata. This

case is now on appeal to the United States Court of Appeals for the Sixth Circuit. Upon

consideration of the parties' arguments, the Court does not find that sanctions are appropriate in

the instant case at the present time.  Therefore, the Court **DENIES** Defendants' motions.

**SO ORDERED.**


                                    s/Paul D. Borman
                                    PAUL D. BORMAN
                                    UNITED STATES DISTRICT JUDGE

Dated:  August 13, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 13, 2008.

s/Denise Goodine
Case Manager